UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MOLLY H.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 23-cv-10940<br>Magistrate Judge Elizabeth A. Stafford |

# JUDGMENT

In accordance with the Opinion and Order entered today, it is hereby **ORDERED** and **ADJUDGED** that (1) Plaintiff's Motion for Summary Judgment is **GRANTED;** (2) Defendant's Motion for Summary Judgment is **DENIED;** and (3) the case is **REMANDED under sentence four of 42 U.S.C. § 405(g).**

**IT IS SO ORDERED.**

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Marlena Williams
DEPUTY COURT CLERK

APPROVED:

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
U.S. MAGISTRATE JUDGE